# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **DOUGLAS ALLEN WAYNE BRANAM,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Civil Action** |
| v. : | **No. 3:06-cv-7** |
| : | |
| **CYNTHIA M. NELSON,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (Doc. 14) that the Defendant's Motion to Dismiss (Doc. 10) be granted. Plaintiff has entered his objections to the Recommendations. Having considered Plaintiff's objections, this Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. In accordance with this Order, the instant case is hereby **DISMISSED**, with prejudice.

**SO ORDERED**, this 18th day of August, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw

1